# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 7, 2020

161753(44)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PRIORITIES USA and RISE, INC.,
    Plaintiffs-Appellants,

v

SECRETARY OF STATE,
    Defendant-Appellee,
and

HOUSE OF REPRESENTATIVES and SENATE,
    Intervening Defendants-Appellees.
_____/

SC: 161753
COA: 354096
Ct of Claims: 19-000191-MZ

On order of the Chief Justice, the motions for the temporary admission of out-of-state attorneys Jacki Anderson, Amanda J. Beane, Marc Elias, Kevin Hamilton, and Jyoti Jasrasaria to appear and practice in this case under MCR 8.126(A) are GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 7, 2020



Clerk